United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-5275** **September Term, 2025**

**1:20-cv-00101-RCL**

**Filed On:** September 4, 2025

N.S., Individually and on behalf of all others similarly situated,

Appellee

v.

Robert A. Dixon, United States Marshal, District of Columbia (Superior Court), in his official capacity,

Appellant

**BEFORE:** Pillard and Walker, Circuit Judges; and Ginsburg, Senior Circuit Judge

**O R D E R**

Upon consideration of appellee's petition for panel rehearing filed on August 11, 2025, it is

**ORDERED** that the petition be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk